Katherine E. Caulfield
Admitted in CT & FL

Kevin J. Lennon
Admitted in CT & NY

Patrick F. Lennon
Admitted in CT & NY

Tracy Wheeler Lennon
Admitted in CT

Anne C. LeVasseur
Admitted in CT & NY

Charles E. Murphy
Admitted in CT, NY & MA

Neil P. Phillips
Admitted in CT, NY & DC



**Lennon Murphy Caulfield & Phillips**
ATTORNEYS AT LAW

Tide Mill Landing
2425 Post Road, Suite 302
Southport, CT 06890
(203) 256-8600 - Phone
(203) 255-5700 - Phone
(203) 256-8615 - Fax
(203) 255-5702 - Fax

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050 - Phone
(212) 490-6070 - Fax
www.lmcplegal.com

January 6, 2014

*Via: ECF and fax (212) 805-7927*
Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1581

Re:   **St. Paul Fire & Marine Ins. Co. v. Greatwide Logistics, et al.**
      Docket No. 1:13-cv-02930 (NRB)

Dear Judge Buchwald:

We are attorneys for the Plaintiff, St. Paul Fire & Marine Ins. Co., in this declaratory judgment action against the Greatwide Defendants. We write to advise the Court that this case has recently settled. Counsel shall be filing a stipulation of dismissal with prejudice shortly.

We remain available to the Court to answer any questions that it may have.

Respectfully submitted,

/s/

Charles E. Murphy

cc:   *Via email: jclane@jclane.com*
      John C. Lane, Esq.,

      *Via email: chelmreich@scopelitis.com*
      Craig J. Helmreich, Esq.